FILED

04/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0111



FILED

APR 1 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0111

JADA KU,

      Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC LIBRARY,

      Defendant and Appellee.

## THIRD
### ORDER OF MEDIATOR APPOINTMENT

J. Brian Bulger, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, J. Brian Bulger's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Timothy McKittrick, 410 Central Avenue, Suite 622, P.O. Box 1184 Great Falls, MT 59421,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 13th day of April, 2021.

Bowen Greenwood
Clerk of Supreme Court

c:  Jada Ku, 300 56th Street S., Great Falls, MT 59405
    Jordon York Crosby, P.O. Box 1746, Great Falls, MT 59403